UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSEPH ROUSE,

          Plaintiff,

    -vs-

207 KNICKERBOCKER LLC and
LEOS DELI GROCERY INC.

          Defendants.

Civ. No.: 1:24-CV-04944-NCM-LKE

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JOSEPH ROUSE and Defendant 207 KNICKERBOCKER LLC, through their respective undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the above-captioned action be and hereby is dismissed in its entirety, with prejudice, and with no award of attorneys fees, costs or disbursements by the Court to any party.

Dated: February 27, 2025
      New York, NY

BARDUCCI LAW FIRM, PLLC
*Attorneys for Plaintiff*
*Joseph Rouse*
5 West 19th Street, 10th Floor
New York, NY 10011

By: _____
MariaCostanza Barducci, Esq.

KUCKER MARINO WINIARSKY &
BITTENS LLP
*Attorneys for Defendant*
*207 Knickerbocker LLC*
747 Third Avenue, 12th Floor
New York, NY 10013

By: _____
Nicholas Yokos, Esq.